**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 07-1807

———————

ROBERT EMERSON LAMB,

Plaintiff - Appellant,

versus

MICHAEL J. ASTRUE, Commissioner of Social
Security; MICHAEL CUMMINGS, Manager, Social
Security Administration; ROSANA FIGUEROA, Case
Worker, Social Security Administration,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Rebecca Beach Smith,
District Judge.  (4:07-cv-00020-RBS)

———————

Submitted:  October 18, 2007          Decided:  October 25, 2007

———————

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Robert Emerson Lamb, Appellant Pro Se.  George Maralan Kelley, III,
Assistant United States Attorney, Norfolk, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Emerson Lamb appeals the district court's order granting the Defendants' motion to dismiss and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to appeal in forma pauperis and dismiss the appeal for the reasons stated by the district court. Lamb v. Astrue, No. 4:07-cv-00020-RBS (E.D. Va. August 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED